IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **TERRY LEE WYNN, # 287921,** )<br>)<br>  Petitioner, )<br>) <br>  v.    )<br>)<br>**FREDDIE BUTLER and LUTHER** )<br>**STRANGE,** )<br>)<br>  Respondents. ) | **CIVIL ACTION NO.**<br>**3:14cv997-MHT**<br>**(WO)** |

**JUDGMENT**

It is the ORDER, JUDGMENT, and DECREE of the court that petitioner's motion to withdraw (doc. no. 6) is granted, the petition for writ of habeas corpus (doc. no. 1) is withdrawn, and this case is dismissed without prejudice and with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 16th day of October, 2014.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**